IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAVAUGHTAIYE WILLIS                                                              PETITIONER

v.                                        No. 5:16-CR-05101

STATE OF ARKANSAS                                                                RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 14) from United States Magistrate Judge Mark E. Ford. Petitioner Javaughtaiye Willis has filed objections (Doc. 15).[1] The Magistrate recommends that the 28 U.S.C. § 2254 petition for a writ of habeas corpus be denied. The Magistrate further recommends that no certificate of appealability issue. The Court has conducted de novo review of those portions of the report and recommendation to which Petitioner has objected. 28 U.S.C. § 636(b)(1)(C). Petitioner's objections offer neither law nor fact requiring departure from the Magistrate's report and recommendation, and the report does not otherwise contain any clear error. The Magistrate's report and recommendation (Doc. 14) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Javaughtaiye Willis's petition for a writ of habeas corpus (Doc. 1) is DENIED and this case is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue. Judgment will entered accordingly.

IT IS SO ORDERED this 7th day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] Petitioner filed a "Rule 37 Petition" on a form provided by the State of Arkansas. In light of the timing of this filing, and because pro se filings are given liberal construction, the Court is construing this filing as objections to the report and recommendation.